**Electronically Filed**
**Supreme Court**
**SCAD-14-0000899**
**24-MAY-2016**
**12:05 PM**

SCAD-14-0000899

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

GERARD A. JERVIS,
Respondent.

---

ORIGINAL PROCEEDING
(ODC CASE NOS. 10-060-8894, 10-034-8868)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.
and Intermediate Court of Appeals Associate Judge Leonard,
in place of McKenna, J., recused)

Upon consideration of the May 12, 2016 affidavit submitted by Respondent Gerard A. Jervis and the record, we conclude Respondent Jervis has complied with the requirements of Rule 2.16 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH) as well as all relevant requirements of the October 12, 2015 order imposing upon him a six-month period of suspension from the practice of law, including bearing the costs of the proceedings. Furthermore, it appears that, on May 12, 2016, the Office of Disciplinary Counsel was served notice of Respondent Jervis's affidavit, as required by RSCH Rule

2.17(b)(2), and has not timely objected.  Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Jervis is reinstated to the practice of law in this jurisdiction, effective upon entry of this order.

DATED: Honolulu, Hawai'i, May 24, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Katherine G. Leonard



2